No. _____

CR 14 00524 BLF

*SEALED BY ORDER OF THE COURT*



HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA
### *vs.*

RYAN LOPEZ BERNARDEZ

---

## INDICTMENT

Count One: 16 U.S.C. § 1538(a)(1)(E) – Transportation of an Endangered Species;
Count Two: 16 U.S.C. § 3372(a)(1) – Transporting and Selling Fish in Violation of Law, Treaty or Regulation

---

*A true bill.*

*_____*
*Foreperson*

Filed in open court this __15th__ day of __October__

A.D. 2014

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No Bail Arrest Warrant__

1  MELINDA HAAG (CABN 132612)
   United States Attorney

SEALED BY ORDER OF THE COURT

FILED
OCT 15 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> RYAN LOPEZ BERNARDEZ, <br>     Defendant. | CASE NO. **CR 14 00524 BLF HRL** <br> VIOLATIONS: <br> 16 U.S.C. § 1538(a)(1)(E) – Transportation of an Endangered Species; 16 U.S.C. § 3372(a)(1) – Transporting and Selling Fish in Violation of Law, Treaty or Regulation |

### INDICTMENT

The Grand Jury Charges:

<u>COUNT ONE</u>: (16 U.S.C. § 1538(a)(1)(E) – Transportation of an Endangered Species)

On or about February 24, 2010, in the Northern District of California, the defendant,

RYAN LOPEZ BERNARDEZ,

did knowingly ship in interstate commerce, and cause others to ship in interstate commerce, in the course of commercial activity, an endangered species of fish, *to wit*: two Asian Arowana, also known as Asian Bonytongue, (*scleropages formosos*), which species had been listed as endangered pursuant to the Endangered Species Act, Title 16, United States Code, section 1533, and Title 50, Code of Regulations,

INDICTMENT

section 17.11(h);

All in violation of Title 16, United States Code, section 1538(a)(1)(E).

COUNT TWO: (16 U.S.C. § 3372(a)(1) – Transporting and Selling Fish in Violation of Law, Treaty or Regulation)

On or about February 24, 2010, in the Northern District of California, the defendant,

RYAN LOPEZ BERNARDEZ,

did knowingly transport, cause others to transport, and sell, fish, *to wit*: two Asian Arowana, also known as Asian Bonytongue, (*scleropages formosos*), in violation of a law of the United States, *to wit*: the Endangered Species Act, Title 16, United States Code, section 1533, and a Regulation of the United States, *to wit*: Title 50, Code of Regulations, section 17.11(h);

All in violation of Title 16, United States Code, section 3372(a)(1).

DATED:                                                 A TRUE BILL.

                                                       _____
                                                       FOREPERSON

MELINDA HAAG
United States Attorney

_____
JEFF NEDROW
Chief, San Jose Branch Office

(Approved as to form: _____)
                       AUSA GARY G. FRY

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Count One: 16 U.S.C. § 1538(a)(1)(E) – Transportation of an Endangered Species; (Class A misdemeanor)
Count Two: 16 U.S.C. § 3372(a)(1) – Transporting and Selling Fish in Violation of Law, Treaty or Regulation (Felony)

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

PENALTY: Count One: One year imprisonment; $50,000 fine; one year supervised release; and $100 special assessment.
Count Two: Five years imprisonment; $20,000 fine; three years supervised release; and $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DEFENDANT - U.S.
▶ RYAN LOPEZ BERNARDEZ

DISTRICT COURT NUMBER
CR 14 00524 HRL

SEALED BY ORDER OF THE COURT
BLF
FILED OCT 15 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Fish and Wildlife Service, S/A John Baker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): GARY G. FRY

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments: